UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>v.<br><br>**KAISHCE ENGLISH.** | 19-cr-482 (WJM)<br><br>**RESTITUTION ORDER** |

**WILLIAM J. MARTINI, U.S.D.J.:**

    **THIS MATTER** comes before the Court on the sentencing of Defendant Kaische English ("Defendant"). At the sentencing hearing, the Court deferred decision as to restitution. Sentencing Hearing Transcript at 18:13-15, ECF No. 20.

    After review of the record, including the Pre-Sentence Report and allocutions at the sentencing hearing, the Court finds that apportionment of the full restitution amount is appropriate. *See* 18 U.S.C. § 3664(h) (providing that courts "may apportion liability among the defendants to reflect the level of contribution to the victim's loss and economic circumstances of each defendant."). Defendant played a minimal role in the overall conspiracy and has little ability to pay. *See* Sentencing Hearing Transcript at 11-13 (discussing Defendant's limited role), 18:16-17 (finding Defendant does not have the ability to pay a fine).

    Accordingly, **IT IS** on this 2nd day of September 2020, **ORDERED** that Defendant's portion of restitution is limited to **$5,000**, which approximates the losses she contributed to and appropriately considers her ability to pay.

                                              */s/ William J. Martini*
                                           **WILLIAM J. MARTINI, U.S.D.J.**